# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLAINE DYER, )<br>)<br>Defendant. ) | Case No. CR-22-00209-JD-001 |

## ORDER

Before the Court is Defendant Blaine Dyer's Sealed Motion to Modify Conditions of Release ("Motion") [Doc. No. 210], which was filed under seal pursuant to the Court's Order of June 9, 2023 [Doc. No. 208]. The government has filed a sealed response in opposition [Doc. No. 211].

For the reasons set forth in the government's response, the Court DENIES the Motion without prejudice to resubmission.

IT IS SO ORDERED this 7th day of August 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE