**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

Date: October 10, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-22-00209-JD-001 |
| | ) | |
| BLAINE DYER, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTER ORDER:**

    The Court REFERS the United States of America's Sealed Amended Motion to Amend Conditions of Release [Doc. No. 214] to United States Magistrate Judge Shon T. Erwin for hearing (including an evidentiary hearing, if necessary), determination, and any necessary proceedings pursuant to 28 U.S.C. § 636(b) and Federal Rule of Criminal Procedure 59(a).

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                                                               Carmelita Reeder Shinn, Clerk

                                                                By:    *s/Nyssa Vasquez*
                                                                               Deputy Clerk