# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: January 8, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-22-00209-JD |
| | ) | |
| BLAINE DYER and JAMES ("JIMMY") | ) | |
| DYER, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTER ORDER:

Before the Court is the Joint Motion to Extend Time to File Sentencing Memoranda and Motion to Continue Evidentiary Hearing filed by Defendant Blaine Dyer ("Motion"). [Doc. No. 238].

The Court STRIKES the Motion for the following reasons and DIRECTS counsel to refile the Motion in compliance with this order.

- The Motion fails to comply with this Court's LCvR7.1(h) (made applicable by LCrR1.3), "[a]ll such motions shall be accompanied by a proposed order for the court's use if such relief is granted. The proposed order, which shall not differ in any respect from the relief requested in the motion, shall state specifically the events being extended **and the new dates for the deadlines**."

- The Motion fails to comply with this Court's *ECF Policies & Procedures Manual*, § II(C)(2), regarding Multiple Signatures, which sets forth at § II(C)(2)(a) how documents should be electronically signed that are submitted on the behalf of more than one attorney.

Additionally, it is unclear to the Court whether the request for a continuance to extend the Evidentiary Hearing currently set for February 22, 2024, is opposed, unopposed, or also jointly requested. Counsel should refile the Motion to indicate whether that part of the Motion is also a joint request **or** file a separate motion with respect to the continuance of the evidentiary hearing and indicate the government's position.

Any proposed order submitted should indicate **new proposed deadlines and a new proposed hearing date for the evidentiary hearing**. The Court DIRECTS counsel to confer on the proposed dates and to send as many jointly agreed to proposed dates as possible for both the sentencing memoranda briefing and the evidentiary hearing.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

CARMELITA REEDER SHINN, CLERK


By:___*/s/ Nyssa Vasquez*_____
        Deputy Clerk