# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 22-CR-209-002-JD |
| ) | |
| JAMES ("JIMMY") DYER ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE REPLY

On February 6, 2024, Defendant James ("Jimmy") Dyer filed a Response to the United States' Sentencing Memorandum that raises several spurious allegations for the first time, (Doc. 262.) The United States of America requests leave to file a short Reply to this Response in order to address these novel arguments and correct the record.

WHEREFORE, the United States respectfully moves the Court for leave to file a Reply to Defendant Jimmy Dyer's Response to the Government's Sentencing Memorandum.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/*JULIA E. BARRY*
JULIA E. BARRY
Assistant U.S. Attorney
Bar Number: 34919
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8753 (Office)
(405) 553-8888 (Fax)
Julia.Barry@usdoj.gov

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 7, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

      Robert Don Gifford, counsel for Mr. James ("Jimmy") Dyer

      s/JULIA E. BARRY
      Assistant U.S. Attorney