# COURTROOM MINUTE SHEET                                    DATE April 8, 2024

CASE NO. CR-22-00209-JD-001                                 U.S.A. -v- BLAINE DYER

COMMENCED 9:00 a.m.        ENDED 12:20 p.m.        TOTAL TIME 3 hrs. and 20 mins.

JUDGE JODI W. DISHMAN        DEPUTY NYSSA VASQUEZ        REPORTER SHERRI GRUBBS

PROCEEDINGS: EVIDENTIARY HEARING (cont. from March 19, 2024)

| Plf. Counsel: Julia E. Barry and Brandon Hale, AUSA (with Karen Hadrava, legal assistant and FBI Special Agent Jason Wildeman) | Dft. Counsel: L. Justin Lowe and Michael S. Johnson, Retained (for Blaine Dyer) |
|---|---|

MINUTE: Parties present as noted above. Defendant appears in person with retained counsel. Testimony of witness Blaine Dyer continued. Testimony heard. Government moves to admit Exhibits 49 through 57 and with no objection by defense counsel, the Court ADMITS Exhibits 49 through 57. Following the closing of evidence, the Court hears oral argument from both sides. Counsel for Defendant advises their objection to Paragraph 37: Organizer/Leader Adjustment is WITHDRAWN. The government accepts the Defendant's withdrawal of his objection to Paragraph 37.

WITNESSES FOR GOVERNMENT:                WITNESSES FOR DEFENDANT BLAINE DYER:
1. None                                  1. Blaine Dyer

Government's Exhibits: 49 through 57. Also referenced: 18, 14, 15, 13, 17, 18, 27, 29, 35, 39, 42, 43, and 45.

Defendant Blaine Dyers' Exhibits (referenced but not admitted by counsel): 19, 10, and 27.

MINUTE cont.: Following oral argument the Court takes these issues under advisement. Either a written order or oral order at sentencing will follow.

The Court also **IMPOSES** the following deadlines:
- **By May 16, 2024**, the parties should advise the Court whether they have reached a resolution as to restitution and forfeiture.
- **By May 16, 2024**, the parties should advise of any other withdrawn and/or resolved objections.
- **By May 23, 2024**, the parties should submit any letters by defendant and/or submissions by the victim for purposes of sentencing.

Defendant released back out on previously imposed conditions pending the sentencing hearing, which is currently set for Thursday, May 30, 2024 at 1:00 p.m. in Courtroom 502.