IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR-22-209-JD |
| | ) | |
| BLAINE DYER, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER OF DISMISSAL</u>

Defendant has entered a plea of guilty to a Superseding Information. In light of that guilty plea, the United States has moved to dismiss the Superseding Indictment returned on December 19, 2022, as well as the Indictment returned on May 17, 2022, as to Defendant Blaine Dyer in the best interest of justice.

It is therefore ORDERED that the Superseding Indictment returned on December 19, 2022, as well as the Indictment returned on May 17, 2022, as to Defendant Blaine Dyer are DISMISSED.


_____
JODI DISHMAN
United States District Judge